UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| CAMERON VINTEZ HASTINGS | ) | |

ORDER

The Court is in receipt of a letter dated October 21, 2012, from the Defendant. The Court will hold a hearing on October 30, 2012, at 9:00 a.m. regarding the letter.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE