UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| CAMERON HASTINGS | ) | |

ORDER

Pending before the Court is Defendant Cameron Hastings Motion To Continue 11/26/12 Sentencing Hearing (Docket Nos. 942, 941). Through the Motion, the Defendant requests that the Court continue the sentencing hearing, currently set for November 26, 2012.

The Motion is GRANTED. The sentencing hearing is CONTINUED until May 3, 2013, at 2:00 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE