UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

## ORDER

Pending before the Court is Defendant Cameron Vintez Hastings' Motion to Quash Subpoena (Docket No. 1532). The Motion will be heard at the hearing scheduled for August 22, 2013, at 1:00 p.m.

Counsel shall comply with the transportation requirements set forth in the Order at Docket No. 1489 entered on August 13, 2013.

Any Defendant transported for hearing or trial shall be transported and housed separately from Defendant Rivers.

IT IS SO ORDERED.

                                                             *Todd Campbell*
                                                         TODD J. CAMPBELL
                                                         UNITED STATES DISTRICT JUDGE