UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

Pending before the Court is Defendant Cameron Vintez Hastings' Motion to Quash Subpoena (Docket No. 1562). The Court held a hearing on August 22, 2013. For the reasons stated from the bench, the Motion is GRANTED.

    IT IS SO ORDERED.

                                            _____
                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE